IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

1:23-cv-00932-YY

TRAVIS J. KNOLL

        Plaintiff,

        v.

Commissioner of Social Security,

        Defendant.

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of **$40,000.00** minus the EAJA fees of $10,015.98 previously paid for a total of **$29,984.02** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Stuart Graf.  The court finds that this is a reasonable fee in light of the circumstances in this case.  When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this 11th day of February, 2026.

                                 /s/ Youlee Yim You
                                 United States Magistrate Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES